STATE v. LESLIE THEODORE BROWN.

(Filed 11 November, 1959.)

APPEAL by defendant from *Williams, J.,* at March 23, 1959 Term, of WAKE.

Criminal prosecution upon warrant issued out of City Court of Raleigh, N. C., charging that defendant Leslie Theodore Brown did willfully, maliciously and unlawfully drive an automobile on the public highways of Raleigh Township and on the public streets of the city while under the influence of intoxicating liquor on the 1800 block of Wilshire Avenue against the statute in such cases made and provided, etc. Tried in City Court of Raleigh and adjudged guilty, and given 60 days suspended upon payment of $100.00 and costs and surrender driver's license for revocation for 1 year. Notice given of appeal to Superior Court. There defendant pleaded not guilty; but was found guilty by jury, upon which it is adjudged that defendant pay a $100.00 fine and costs.

Defendant appeals therefrom to Supreme Court and assigns error.

*Attorney General Seawell, Assistant Attorney General Claude L. Love for the State.*

*Taylor & Mitchell for defendant, appellant.*

PER CURIAM.   Defendant assigns in the main two groups of exceptions: (1) As to denial of his motion to nonsuit; and (2) failure of the court to charge the jury in conformity to provisions of G.S. 1-180. Considering these, the evidence offered by the State is abundantly sufficient to carry the case to the jury and to support the verdict and judgment rendered. And when the charge given by the court to the jury is read contextually, no prejudicial error appears. Indeed, no reason for disturbing the verdict and judgment is made to appear in the record and case on appeal.